IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Eon Jones "Blind Owl"** | |
|             **Plaintiff,** | Civil Action no. 25-cv-2866-NRM-LKE |
| - against - | |
| **CitiMortgage, INC., Palm Avenue Hialeah Trust, John Olson, The United States of America, New York Supreme Court King County Clerk, Anthony Miranda** | **AFFIRMATION/ CERTIFICATION OF SERVICE** |
|             **Defendant** | |

The undersigned being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and works at Brooklyn, New York, and is a duly licensed attorney in the State of New York and a member of this Court's bar and affirms and certifies as follows under penalty of perjury:

That on August 19, 2025, deponent served the chambers rules of the Court as required on:

  **Eon Jones, plaintiff, at**
  **2611 Clarendon Road**
  **Brooklyn, NY 11226**

By first class United States mail with proper postage paid thereon addressed to the above persons at the address listed above in separate envelops.

Dated: Brooklyn, N.Y.
      August 20, 2025

                                          *Bernard Mitchell Alter*
                                        **BERNARD MITCHELL ALTER**