

August 28, 2025

Reymond E. Yammine
Associate
Reymond.Yammine@klgates.com

T +1 973 848 4127
F +1 973 848 4001

**Via ECF**

Hon. Lara K. Eshkenazi, Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *Jones v. CitiMortgage, et al., Case No. 25-cv-02866*

Dear Judge Eshkenazi:

My office represents Defendant CitiMortgage, Inc. ("Citi") in this action. I write in accordance with Judge Morrison's Individual Practice Rule 5.2.3.1 to advise the Court that on August 28, 2025, Citi caused to be served on Plaintiff the following documents in support of Citi's Motion to Dismiss Complaint:

1. Notice of Motion to Dismiss Complaint;
2. The Complete Federal Rule of Civil Procedure Rule 56;
3. Memorandum of Law in Support of Motion to Dismiss Complaint;
4. Declaration of Reymond E. Yammine, with exhibits; and
5. Unpublished opinions cited in the Memorandum of Law in Support of Motion to Dismiss Complaint.

Citi will file the same with the Court once the motion has been fully briefed.

In accordance with Individual Practice Rule 5.2.2 I contacted Plaintiff to ask for his consent on a briefing schedule following the timetables listed in Local Civil Rule 6.1(b) on August 22, 2025. I have not yet received a response from Plaintiff. As a result, Citi respectfully requests that the Court order a briefing schedule in accordance with Local Civil Rule 6.1(b).

Respectfully,

Reymond E. Yammine