UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eon Jones "Blind Owl",<br><br>      Plaintiff,<br><br>v.<br><br>CitiMortgage, Inc., Palm Avenue Hialeah Trust, John Olson, The United States of America, New York Supreme Court King County Clerk, Anthony Miranda,<br><br>      Defendants. | Case No. 25-cv-2866-NRM-LKE<br><br>**PROOF OF SERVICE** |

REYMOND E. YAMMINE, hereby declares:

1. I am an associate of the firm K&L Gates LLP, counsel for Defendant CitiMortgage, Inc. ("Citi") in the above-captioned matter.

2. I certify that on August 28, 2025, I caused to be served Defendant's Rule 5.2.3.1 Letter to Court, on the following via overnight mail:

**Eon Jones "Blind Owl"**
**2611 Clarendon Road**
**Brooklyn, NY 11226**

Dated: August 28, 2025           **K&L GATES LLP**

                                              By:   /s/ Reymond E. Yammine
                                                      Reymond E. Yammine
                                                      599 Lexington Avenue
                                                      New York, New York 10022
                                                      T: (973) 848-4000
                                                      F: (973) 848-4001
                                                      Reymond.Yammine@klgates.com
                                                      *Attorneys for Defendant CitiMortgage, Inc.*