UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Eon Jones "Blind Owl",

    Plaintiff,

v.

CitiMortgage. Inc., Palm Avenue Hialeah Trust, John Olson, The United States of America, New York Supreme Court King County Clerk, Anthony Miranda,

    Defendants.

Case No. 25-cv-2866-NRM-LKE

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to 41(aXlXAX») of the Federal Rules of Civil Procedure, *pro se* Plaintiff, Eon Jones "Blind Owl," and Defendants Citi Mortgage, Inc., Palm Avenue Hialeah Trust, John Olson, New York State Supreme Court Kings County Clerk, and Anthony Miranda, by and through undersigned counsel, hereby stipulate that this action and all claims, including all claims, and defenses asserted therein be dismissed with prejudice, with each party bearing its own fees, costs, and expenses. The parties also withdraw and terminate any and all pending motions submitted in this action.

IT IS FURTHER STIPULATED AND AGREED that no further suit will be instituted for the same causes of action that have been asserted herein or for any other causes of action arising out of the incidents or circumstances that gave rise to this suit.

Dated: September 26, 2025

*Pro se Plaintiff*

_____
Eon Jones "Blind Owl"
2611 Clarendon Rd., Brooklyn, NY 11226
Dated: September 30, 2025

Dated: September 26, 2025

**NEW YORK STATE OFFICE OF COURT ADMINISTRATION**

_____

By: Niaa C. Daniels, Esq.

*Attorney for Defendant New York State Supreme Court Kings County Clerk*
25 Beaver Street, Fl. 10
New York, NY 10004

Dated: September 30 2025

**NEW YORK CITY LAW DEPARTMENT**

_____

By: Edwin M. Levy, Esq.

*Attorney for Defendant Anthony Miranda*
100 Church Street
Room 3-241
New York, NY 10007

Dated: September 30, 2025
JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Omar J. Siddiqi
OMAR SIDDIQI
Assistant U.S. Attorney
Eastern District of New York
Attorney for Defendant United States
271-A Cadman Plaza East
Brooklyn, New York 11201
(718) 254-6198
Omar.Siddiqi@usdoj.gov

**ALTER & BARBARO**

_____

By: Bernard Mitchell Alter Esq.

*Attorney for Defendants Palm Avenue Hialeah Trust and John Olson*
26 Court Street
Room 1812
Brooklyn, NY 11242

Dated: September 30 2025

**K&L GATES LLP**

_____

By: Reymond Yammine, Esq.

*Attorney for Defendant CitiMortgage, Inc.*
One Newark Center
Ste 10th Floor
Newark, NJ 07102